IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. GRILL,

    Plaintiff,

vs.    No. CIV S-10-0757 GEB GGH PS

TOM QUINN, et al.,

    Defendant.    ORDER

_____/

    Plaintiff's motion to amend the complaint presently is calendared for hearing on April 21, 2011.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion.  See E.D. Cal. L.R. 230(g).

    Accordingly, IT IS ORDERED that:

    1. The April 21, 2011 hearing on the motion to amend, filed March 22, 2011, is vacated; and

    2. The motion is submitted on the record.

DATED: April 13, 2011

                                                                       /s/ Gregory G. Hollows

                                                                       U. S. MAGISTRATE JUDGE