1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES S. GRILL,

11          Plaintiff,              No. CIV S-10-0757 GEB GGH PS

12      vs.

13   TOM QUINN,

14          Defendant.              ORDER

15   _____/

16          This action was referred to the undersigned pursuant to Local Rule 302(c)(21).

17   Presently pending on this court's law and motion calendar for November 10, 2011, is plaintiff's

18   "motion to compel defendant[] to submit to plaintiff's discovery request pursuant to the Federal

19   Code [sic] of Civil Procedures 26," filed October 13, 2011.  Plaintiff's motion presents issues

20   requiring clarification.  Therefore, the motion will remain on calendar.

21          Accordingly, IT IS HEREBY ORDERED that: defendant shall file an opposition

22   to plaintiff's motion by October 27, 2011.

23   DATED: October 20, 2011

24                            /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE

25

26   GGH:076/Grill0757.opp.wpd

1