IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. GRILL,

     Plaintiff,                      No. CIV S-10-0757 GEB GGH PS

   vs.

TOM QUINN,

     Defendant.                  ORDER

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Presently pending on this court's law and motion calendar for November 10, 2011, is plaintiff's "motion to compel defendant[] to submit to plaintiff's discovery request pursuant to the Federal Code [sic] of Civil Procedures 26," filed October 13, 2011. Plaintiff's motion presents issues requiring clarification. Therefore, the motion will remain on calendar.

        Accordingly, IT IS HEREBY ORDERED that: defendant shall file an opposition to plaintiff's motion by October 27, 2011.

DATED: October 20, 2011

                                   /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE

GGH:076/Grill0757.opp.wpd

1