IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. GRILL,

      Plaintiff,                No. CIV S-10-0757 GEB GGH PS

    vs.

TOM QUINN,

      Defendant.      <u>ORDER</u>

_____/

        The parties having so stipulated and agreed, and the Court having found good cause, IT IS HEREBY ORDERED that:

        1. The hearing on Plaintiff's Motion Requesting the Court to Grant Supervised Discovery, filed December 8, 2011, (dkt. no. 42), is rescheduled to January 12, 2012 at 10:00 a.m.

        2. The Joint Statement shall be filed no later than January 6, 2012.

DATED: December 22, 2011

                                  /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

GGH:076/Grill757.cont

1