IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. GRILL,

        Plaintiff,                    No. CIV S-10-0757 GEB GGH PS

    vs.

TOM QUINN,

        Defendant.               <u>ORDER</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). The parties have filed a request for a settlement conference with a magistrate judge and a joint motion to stay litigation pending settlement negotiations.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The motion to schedule settlement conference, filed February 23, 2012, (dkt. no. 50), is granted.

        2. The Clerk of the Court has randomly assigned Magistrate Judge Edmund F. Brennan as settlement judge. The settlement conference is scheduled for April 26, 2012 at 10:00 a.m. in Courtroom # 24. The parties are directed to submit confidential settlement conference statements to the chambers of Judge Brennan seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However,

1  each party shall e-file a one page document entitled Notice of Submission of Confidential
2  Settlement Conference Statement. The parties may agree, or not, to serve each other with the
3  settlement statements. Each party is reminded of the requirement that it be represented in person
4  at the settlement conference by a person able to dispose of the case or fully authorized to settle
5  the matter at the settlement conference on any terms. See Local Rule 270.

      3. Rather than recommend a formal stay, the undersigned will simply vacate previously scheduled dates. All previously dates are vacated, to be reset in ninety days from this order. No extensions of time will be granted.

DATED: February 27, 2012

        /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE

GGH:076/Grill0757.sett.wpd