IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JAMES S. GRILL, | |
| Plaintiff, | Case No. 10-cv-0757-GEB-GGH |
| v. | **ORDER ON STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** |
| TOM QUINN, acting in his official capacity as Acting Supervisor of the Tahoe National Forest, | |
| Defendant. | |

The Parties having so stipulated and agreed, and the Court having found good cause, it is hereby ORDERED that the settlement conference previously set for April 26, 2012 is continued to May 10, 2012.

Dated:  March 12, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE