IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

JAMES S. GRILL,                                    )
                                                   )
          Plaintiff,                               )          Case No. 10-cv-0757-GEB-GGH
                                                   )
v.                                                 )          **ORDER ON**
                                                   )          **STIPULATION TO RESCHEDULE**
TOM QUINN, acting in his official                  )          **SETTLEMENT CONFERENCE**
capacity as Acting Supervisor of the Tahoe         )
National Forest,                                   )
                                                   )
          Defendant.                               )
_____ )

         The Parties having so stipulated and agreed, and the Court having found good cause, it is

hereby ORDERED that the settlement conference previously set for April 26, 2012 is continued

to May 10, 2012.

Dated:  March 12, 2012

                                        _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE