IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. GRILL,

      Plaintiff,                                    No. 2:10-cv-0757-GEB-GGH

     vs.

TOM QUINN, acting in his official capacity as Acting Supervisor of the Tahoe National Forest,

      Defendant.                              <u>ORDER</u>

_____/

      Defendant's motion to seal, Dckt. No. 64, is granted. Plaintiff's "Confidential Request to Schedule a Settlement Conference Before July 31, 2012," Dckt. No. 61, is ordered sealed. The redacted version of that document, which is attached to the motion to seal, is ordered filed.

      SO ORDERED.

DATED: June 29, 2012.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE