IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. GRILL,

    Plaintiff,                    No. CIV S-10-0757 GEB GGH PS

    vs.

TOM QUINN,

    Defendant.               ORDER

_____/

        It has come to this court's attention that the case did not settle on September 20, 2012. Therefore, previously vacated dates will be re-scheduled.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff shall file his motion for summary judgment by October 24, 2012.

        2. Defendant's cross-motion for summary judgment shall be filed by November 21, 2012.

        3. Plaintiff may file a reply by December 5, 2012.

DATED: September 24, 2012

                          /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

GGH:076/Grill757.dsy

1